■ In the Matter of the Accounting of WILLY ZIETZ, as Ancillary Administrator of the Estate of HUGO ZIETZ, SR., Deceased; as Administrator of the Estate of HUGO ZIETZ, JR., Deceased, and as Administrator of the Estate of HEDWIG ZIETZ, Deceased, Respondent. MADELEINE ZIETZ-HALMOS, Intervenor-Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.